**Petition Granted and Order filed May 11, 2021**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-21-00076-CV

————————————

**TRIPLE P.G. SAND DEVELOPMENT, LLC, ET AL., Appellants**

**V.**

**EDUARDO DEL PINO, ET AL., Appellees**

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Case No. 2020-08901**

---

## ORDER GRANTING PETITION FOR
## PERMISSIVE INTERLOCUTORY APPEAL

Appellants filed an unopposed petition for permissive interlocutory appeal,[1]

seeking to challenge the trial court's denial of a motion to dismiss pursuant to

Texas Rule of Civil Procedure 91a.  To be entitled to a permissive interlocutory

---

[1]  *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d), (f); TEX. R. APP. P. 28.3.

appeal from an interlocutory order that is not otherwise appealable, the petitioner must establish that (1) the order appealed involves "a controlling question of law as to which there is a substantial ground for difference of opinion, and (2) immediate appeal from the order "may materially advance the ultimate termination of the litigation." TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d); TEX. R. APP. P. 28.3(e)(4).

The petition is granted. The notice of appeal is deemed to have been filed as of the date of this order. TEX. R. APP. P. 28.3(k). This appeal is governed by the rules for accelerated appeals. *Id.* The Clerk of this Court shall file a copy of this order with the trial court clerk. *Id.* The motion for expedited ruling on the unopposed petition for permissive interlocutory appeal is dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Countiss.